IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TRINITY HEALTH-MICHIGAN, IHA HEALTH SERVICES CORPORATION d/b/a TRINITY HEALTH IHA MEDICAL GROUP, TIMOTHY HENNE, M.D., TIMOTHY LENTERS, M.D., JOHN (JACK) HEALEY, M.D., and GEOFFREY SANDMAN, M.D., <br><br>       Plaintiffs, <br><br>  v. <br><br> ORTHOPAEDIC ASSOCIATES OF GRAND RAPIDS, P.C. d/b/a ORTHOPAEDIC ASSOCIATES OF MICHIGAN, <br><br>       Defendant. | Case No. 23-cv-00118 <br><br> Honorable Hala Y. Jarbou <br> Hon. Phillip J. Green |

**CORRECTED DECLARATION OF JAMES H. MUTCHNIK IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**

I, James H. Mutchnik, pursuant to 28 U.S.C. § 1746 hereby declare as follows:

1. I am an attorney in the Chicago Office of Kirkland & Ellis LLP and counsel for the Defendant, Orthopaedic Associates of Grand Rapids, P.C. d/b/a Orthopaedic Associates of Michigan ("OAM") in the above-captioned case.

2. I am licensed to practice law and admitted before the United States District Court for the Western District of Michigan. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

3. I submit this declaration in support of OAM's Motion to Dismiss.

4. Attached hereto as Exhibit 1 is a true and correct copy of a webpage for Trinity Health Medical Group Orthopaedics - Grand Rapids Hospital. The web address is: https://www.trinityhealthmichigan.org/location/trinity-health-medical-group-orthopaedics-grand-rapids-hospital. The page was last accessed on March 23, 2023.

5. Attached hereto as Exhibit 2 is a true and correct copy of a photo taken of a sign hanging on the door of Saint Mary's Hospital in Grand Rapids, MI. The photo was taken on or about March 21, 2023.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 24, 2023.

Respectfully submitted,

*/s/ James H. Mutchnik*

James H. Mutchnik
Daniel E. Laytin
Kate Guilfoyle
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: +1 312 862 2000
jmutchnik@kirkland.com
dlaytin@kirkland.com
kate.guilfoyle@kirkland.com

*Attorneys for Defendant Orthopaedic Associates of Grand Rapids, P.C. d/b/a Orthopaedic Associates of Michigan*

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2023, a true and correct copy of the foregoing document, **DECLARATION OF JAMES H. MUTCHNIK IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**, was electronically filed and served upon counsel of record via the Court's CM/ECF System.

*/s/ James H. Mutchnik*
James H. Mutchnik
