UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRINITY HEALTH–MICHIGAN, et al.,

    Plaintiffs,

Case No. 1:23–cv–118

v.

Hon. Hala Y. Jarbou

ORTHOPAEDIC ASSOCIATES OF
GRAND RAPIDS, P.C.,

    Defendant.
_____/

## **ORDER**

The Court having reviewed Defendant's Opposed Motion to Stay Discovery Pending Resolution of Defendant's Motion to Dismiss (ECF No. 15), **IT IS ORDERED** that Defendant's motion (ECF No. 15) is **DENIED**.

IT IS SO ORDERED.

Dated: March 27, 2023

    /s/ Hala Y. Jarbou
    HALA Y. JARBOU
    Chief United States District Judge