# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TRINITY HEALTH-MICHIGAN, IHA HEALTH SERVICES CORPORATION d/b/a TRINITY HEALTH IHA MEDICAL GROUP, TIMOTHY HENNE, M.D., TIMOTHY LENTERS, M.D., JOHN (JACK) HEALEY, M.D. and GEOFFREY SANDMAN, M.D., | Civil Action No. 23-cv-118<br><br>Honorable Hala Y. Jarbou<br>Hon. Phillip J. Green |
| Plaintiffs, | |
| v. | |
| ORTHOPAEDIC ASSOCIATES OF GRAND RAPIDS, P.C. d/b/a ORTHOPAEDIC ASSOCIATES OF MICHIGAN, | |
| Defendant. | |

## STIPULATION AND ORDER OF DISMISSAL

Plaintiffs Trinity Health-Michigan ("THM"), IHA Health Services Corporation d/b/a Trinity Health IHA Medical Group ("IHA"), Timothy Henne, M.D., Timothy Lenters, M.D., John Healey, M.D., Geoffrey Sandman, M.D., and Defendant Orthopaedic Associates of Grand Rapids, P.C. d/b/a Orthopaedic Associates of Michigan (each individually a "Party" and collectively the "Parties"), having reached a settlement in the above-captioned action ("Litigation") hereby stipulate (the "Stipulation") to the dismissal of the Litigation with prejudice and with each party to bear their respective costs and attorneys' fees.

Dated: September 5, 2023

s/Kate Guilfoyle (w/ permission)
James H. Mutchnik
Daniel E. Laytin
Kate Guilfoyle

Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000 (p)
jmutchnik@kirkland.com
dlaytin@kirkland.com
kate.guilfoyle@kirkland.com

*Attorneys for Defendant*

s/David A. Ettinger
David A. Ettinger (P26537)
Honigman LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7368 (p)
(313) 465-7369 (f)
dettinger@honigman.com

Mark S. Pendery (P57683)
Honigman LLP
300 Ottawa Avenue NW #400
Grand Rapids, MI 49503
(616) 649-1910 (p)
(616) 649-1911 (f)
mpendrey@honigman.com

*Attorneys for THM and IHA*

s/ L. Pahl Zinn (w/ permission)
L. Pahl Zinn (P57516)
Dickinson Wright, PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226
(313) 223-3705 (p)
(844) 670-6009 (f)
pzinn@dickinsonwright.com

Rock A. Wood (P41181)
Dickinson Wright PLLC
200 Ottawa Avenue, N.W., Suite 1000
Grand Rapids, MI 49503
(616) 336-1055 (p)
rwood@dickinsonwright.com

*Attorneys for Drs. Henne, Lenters, Healey and Sandman*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TRINITY HEALTH-MICHIGAN, IHA HEALTH SERVICES CORPORATION d/b/a TRINITY HEALTH IHA MEDICAL GROUP, TIMOTHY HENNE, M.D., TIMOTHY LENTERS, M.D., JOHN (JACK) HEALEY, M.D. and GEOFFREY SANDMAN, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> ORTHOPAEDIC ASSOCIATES OF GRAND RAPIDS, P.C. d/b/a ORTHOPAEDIC ASSOCIATES OF MICHIGAN, <br><br> Defendant. | Civil Action No. 23-cv-118 <br><br> Honorable Hala Y. Jarbou <br> Hon. Phillip J. Green |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court having reviewed the Stipulation of the Parties, and being otherwise duly advised and fully informed in the premises:

**IT is HEREBY ORDERED,** that this case is DISMISSED with prejudice and with each side to bear their respective costs and attorneys' fees.

Dated: September 6, 2023

/s/Hala Y. Jarbou
HALA Y. JARBOU
Chief United States District Judge